**Order entered July 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01421-CV

**WAL-MART STORES, INC.; WAL-MART STORES EAST, LP; WAL-MART LOUISIANA, LLC; SAM'S EAST, INC., AND SAM'S WEST, INC., Appellants**

**V.**

**XEROX STATE & LOCAL SOLUTIONS, INC. A/K/A/, F/K/A ACS STATE & LOCAL SOLUTIONS, INC., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-13629**

## ORDER

Before the Court is appellants' "Unopposed Motion for Extension of Time to File Appellants' Reply Brief." Appellants' motion is **GRANTED**. Appellants' reply brief shall be filed by August 9, 2019. We caution appellants that further requests for extension of time will be disfavored.

/s/    KEN MOLBERG
         JUSTICE